UNITED STATES DISTRICT COURT
District of Maine

| | |
|---|---|
| THOMAS PAUL BRICHETTO, JR., ) <br> ) <br> Plaintiff ) <br> ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> Defendant ) <br> ) | Crim. No. 2:03-cr-24-GZS <br> Civil No. 2:11-cv-45-GZS |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on February 11 2011, her Recommended Decision (Docket No. 138). Plaintiff filed his Objection to the Recommended Decision (Docket No. 141) on March 10, 2011.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in her Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

2. It is hereby **ORDERED** that Plaintiff's Motion for Writ of Error Coram Nobis (Doc. No. 134) is hereby recharacterized as a 28 U.S.C. § 2255 Petition and as such, is summarily **DISMISSED** because it is an unauthorized second or successive Petition.

3. It is hereby **ORDERED** that no certificate of appealability shall issue in the event Plaintiff files a notice of appeal because there is no substantial showing of the denial of a constitutional right within the meaning of 28 U.S.C. § 2253(c)(2).

/s/George Z. Singal  
U.S. District Judge

Dated this 31st day of March, 2011.